UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN MORALES,

                            Defendant.

24-CR-84 (PAE)
25-CV-10150 (PAE)

**ORDER DIRECTING
DEFENDANT'S ATTORNEY
TO FILE AFFIDAVIT AND
DIRECTING THE
GOVERNMENT TO ANSWER**

PAUL A. ENGELMAYER, District Judge:

WHEREAS defendant Justin Morales has petitioned for relief from his conviction pursuant to 28 U.S.C. § 2255 on the ground that his trial counsel, Jill R. Shellow, Esq., provided ineffective assistance of counsel; and

WHEREAS the Court, after reviewing Morales's submission of his informed consent waiver of the attorney-client privilege and his § 2255 petition, is satisfied that the testimony of Ms. Shellow is needed in order to allow the Government to respond to the motion; and

WHEREAS by making the motion, Morales has waived the attorney-client privilege as a matter of law,

IT IS HEREBY ORDERED that Ms. Shellow shall give sworn testimony, in the form of a separate affidavit, addressing in detail the various allegations contained in Morales's § 2255 petition, dated November 13, 2025. *See* 24 Cr. 84, Dkt. 68; 25 Civ. 10150, Dkt. 1.  Ms. Shellow may attach pertinent materials as exhibits to her affidavit.

1

Ms. Shellow is ORDERED to file her affidavit, and attached exhibits, on the docket of this case by **April 2, 2026.**

IT IS FURTHER HEREBY ORDERED that the Government shall file its response by **May 2, 2026.** In addition to addressing Morales's claims, the Government's response should address whether additional testimony (including from Ms. Shellow and Morales) and/or discovery (including writings memorializing attorney-client communications) is needed to enable an informed resolution of Morales's claims.

IT IS FURTHER HEREBY ORDERED that Morales shall file his response by **June 13, 2026.**

Absent further order, the Court will consider Morales's petition fully briefed following the filing of Morales's response.

The Clerk of Court is directed to mail a copy of this order to Ms. Shellow, at the address listed on the following page.

To assure this order's prompt receipt, the Court further directs Government counsel forthwith to furnish Ms. Shellow, by email, with a copy of this order, and to file a letter on the docket attesting that such service has been successfully accomplished.

SO ORDERED.

_____
PAUL A. ENGLMAYER
United States District Judge

Dated: February 2, 2026
      New York, New York

*By First Class Mail To:*

**Jill R. Shellow, Esq.**
Law Offices of Jill R. Shellow
15 Chester Avenue
Whtie Plains, NY 10601